UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA          :
                     Plaintiff,    :
                                       :     20 Cr. 683 (LGS)
         -against-                :
                                       :     <u>ORDER</u>
MARQUIS DANIELS,                  :
                     Defendant,  :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Court has received Defendant's ex parte letter dated March 28, 2021, which has been emailed to defense counsel, Mr. Anthony Rico, and filed under seal.

WHEREAS a status conference via telephone is currently scheduled for May 3, 2021, at 11:00 a.m. It is hereby

**ORDERED** that Mr. Rico shall be prepared to address the issues raised in Defendant's letter. In an abundance of caution and in the interest of efficiency, the Court will arrange for the CJA lawyer on duty to be present at this conference.

Dated: April 29, 2021
       New York, New York