UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                               Plaintiff,        20 Cr. 683 (LGS)

           -against-                      ORDER

   MARQUIS DANIELS,

                              Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS a telephone conference was held in this matter on May 3, 2021. It is hereby

      **ORDERED** that for the reasons stated on the record, Mr. Anthony Rico is hereby relieved as counsel for Defendant and Mr. Calvin Scholar, CJA counsel on duty today, is appointed as counsel for Defendant. It is further,

      **ORDERED** that on or before **May 7, 2021**, the Government shall provide Mr. Scholar with any Rule 16 discovery. It is further

      **ORDERED** that the parties shall appear for a status conference on **June 7, 2021, at 10:00 a.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse. It is further

      **ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between today and June 7, 2021, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). The time between today and June 7, 2021, is hereby excluded.

      The Clerk of the Court is directed to mail a copy of this Order to the Defendant.

Dated: May 3, 2021
New York, New York

                                                               LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE