

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

June 2, 2021

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE: *United States v. Marquis Daniels*
20 Cr. 683 (LGS)

Dear Judge Schofield:

I represent the defendant, Marquis Daniels, in the above referenced matter. The purpose of this letter is to respectfully request an adjournment of the conference that is currently scheduled for June 7, 2021. Counsel is still in the process of reviewing the discovery in the case. An adjournment of approximately 30 days would provide counsel sufficient time to obtain and review the remaining discovery. This is Mr. Daniels' first request for an adjournment. Accordingly, it is respectfully requested that the Court adjourn the conference that is currently scheduled for June 7, 2021. The defense consents to an exclusion of time under the Speedy Trial Act until the date that another conference can be scheduled. The defense further submits that granting a continuance will permit the defendant and his counsel to receive and review discovery and permit the parties to discuss a pretrial resolution in this matter. The Government consents to the requests listed above.

The Court's time and attention to this matter are greatly appreciated.

Very truly yours,

/s/

Calvin H. Scholar

Application Granted. The status conference currently scheduled for June 7, 2021, is adjourned to **July 15, 2021, at 4:15 p.m.** For the reasons stated below the Court finds that the ends of justice served by excluding the time between today and July 15, 2021, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). It is hereby ORDERED that the time between today and July 15, 2021, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 20.

Dated: June 3, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**