UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                        Plaintiff,          :
                                                            :         20 Cr. 683 (LGS)
                -against-                                   :
                                                            :         ORDER
MARQUIS DANIELS,                                            :
                                        Defendant,          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS on June 15, 2021, the Court received a letter, dated May 15, 2021, from the Defendant acting pro se.

WHEREAS the Letter has been transmitted to defense counsel via email.  It is hereby

**ORDERED** that upon review of the Letter, defense counsel (1) may file any application deemed necessary on behalf of Defendant, and (2) shall advise Defendant that any application should be made through counsel and, if submitted pro se, will not be acted on except to forward it to defense counsel.

Defense Counsel is directed to provide the Defendant with a copy of this order.

Dated: June 15, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**