

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

July 12, 2021

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *United States v. Marquis Daniels*
20 Cr. 683 (LGS)

Dear Judge Schofield:

I represent the defendant, Marquis Daniels, in the above referenced matter. The purpose of this letter is to respectfully request an adjournment of the conference that is currently scheduled for July 15, 2021. Mr. Daniels has requested that we seek an adjournment to allow him additional time to review discovery. Mr. Daniels is incarcerated in MCC New York and access to him is limited. Therefore, the defense would respectfully request an adjournment until the middle of September 2021. This is Mr. Daniels' second request for an adjournment. The first adjournment was granted to allow Mr. Daniels to be released from SHU and receive the initial package of discovery. The Government consents to this request. The defense consents to an exclusion of time under the Speedy Trial Act until the date that another conference can be scheduled. The defense further submits that granting a continuance will permit Mr. Daniels and counsel an opportunity to review discovery as well as permit the parties to discuss a pretrial resolution in this matter. The Government consent to the requests listed above.

The Court's time and attention to this matter are greatly appreciated.

Application Granted. The status conference currently scheduled for July 15, 2021, is adjourned to **September 14, 2021, at 10:45 a.m.** For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and September 14, 2021, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). It is hereby ORDERED that the time between today and September 14, 2021, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 23.

Very truly yours,

/s/

Calvin H. Scholar

Dated: July 14, 2021
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE