UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                 :
UNITED STATES OF AMERICA         :
                 :
           -against-                 :         20 Cr. 683 (LGS)
                 :
MARQUIS DANIELS,                 :         SCHEDULING ORDER
                      Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS the parties were directed to file by September 27, 2021, a joint letter proposing a schedule for the filing of motions, and three proposed dates for a jury trial to be held during the first quarter of 2022. (Dkt. No. 28)

        WHEREAS no letter has been filed.  It is hereby

        **ORDERED** that the parties shall file the letter on or before **October 4, 2021**.

Dated: September 30, 2021
            New York, New York

                                                      LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE