UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                                         20 Cr. 683 (LGS)

             -against-

                                                         SCHEDULING ORDER

    MARQUIS DANIELS,
                          Defendant,
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS the parties filed a letter (the "Letter") proposing a briefing schedule for pretrial motion. (Dkt. No. 31)

       WHEREAS a status conference is currently scheduled for November 15, 2021, at 10:45 a.m.   It is hereby,

       **ORDERED** that Defendant's motion(s), if any, shall be filed by **November 30, 2021**. The Government's response shall be filed by **December 14, 2021**.  Defendants' reply shall be filed by **December 21, 2021**.  It is further**,**

       **ORDERED** that the status conference currently scheduled for November 15, 2021, is adjourned to **January 25, 2022 at 10:30 a.m**.  It is further,

       **ORDERED** that the parties shall file by **March 7, 2022,** any motions in *limine*, and by **March 14, 2022,** any responses to the motions.  It is further,

       **ORDERED** that the parties shall file by **March 14, 2022**, a joint statement as provided in the Court's Individual Rule H.1., a joint proposed voir dire, joint proposed requests to charge, and a joint proposed verdict sheet, in each case noting any disagreements between the parties.  It is further,

       **ORDERED** that the parties shall appear for a final pretrial conference on **March 21,**

**2022, at 11:00 a.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  It is further,

**ORDERED** that at the final pretrial conference, the Government shall provide the Court and the Defendant with a list of anticipated witnesses and exhibits, and the Defendant shall provide the Court and the Government with a list of potential witnesses for purposes of voir dire.  In addition, the parties shall be prepared to discuss with the Court the number of trial days needed.  It is further,

**ORDERED** that a jury trial is scheduled to begin on **March 28, 2022, at 9:45 a.m.** or the Court's first available date thereafter, subject to the availability of courtrooms during the COVID-19 pandemic.  The parties shall be ready to proceed on 24 hours' notice on or after March 28, 2022.  It is further,

**ORDERED** that for the reasons stated in the Letter, the Court finds that the ends of justice served by excluding the time between today until January 25, 2022, outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).  The time between today and January 25, 2022, is hereby excluded.

The parties are reminded that any discussions regarding the possible disposition of this matter will not stay this schedule.  Furthermore, no extensions will be granted absent extraordinary circumstances.

The Clerk of the Court is directed to terminate the letter motion at docket number 31.

Dated: October 14, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**