UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

MARQUIS DANIELS,
                               Defendant,
------------------------------------------------------------ X

20 Cr. 683 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS a bond hearing was held on November 15, 2021. It is hereby,

**ORDERED** that for the reasons stated on the record, Defendant's Motion for Release from Custody is DENIED.

The Clerk of the Court is directed to terminate the motion at docket number 35.

Dated: November 29, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE