UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                -against-                20 Cr. 683 (LGS)

    MARQUIS DANIELS,                      ORDER

                                    Defendant,
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS a status conference is currently scheduled for January 25, 2022.

       WHEREAS no pretrial motions have been filed and the time to do so has passed.  It is hereby **ORDERED** that January 25, 2022, status conference is cancelled.

Dated: January 19, 2022
       New York, New York

                                                      LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE