

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 24, 2022

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Application Granted. For the reasons stated below, the Court finds that the ends of justice served by excluding the time between today until March 29, 2022, outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A). The time between today and March 29, 2022, is hereby excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 42.
>
> Dated: January 25, 2022
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

    **Re:**    *United States v. Marquis Daniels*
             Docket No. 20 Cr. 683 (LGS)

Dear Judge Schofield:

      The Government respectfully submits this letter seeking exclusion of time until the pretrial conference currently scheduled for March 21, 2022.

      On October 14, 2022, the Court scheduled a status conference for and excluded time through January 25, 2022, in addition to setting a pretrial conference date of March 21, 2022 and tentative trial ready date of March 29, 2022. On January 20, 2022, defense counsel sought to adjourn the January 25, 2022 conference for approximately 45 days and consented to the continued exclusion of time until the date of any newly scheduled status conference. In light of the fact no pretrial motions have been filed, on January 20, 2022, the Court canceled the January 25, 2022 status conference.

      The Government requests that time be excluded from speedy trial calculations until the pretrial conference date of March 21, 2022, pursuant to 18 U.S.C. §3161(h) (7) (A). The continuance would serve the ends of justice because it will allow defense counsel to meaningfully discuss the produced discovery with the defendant and the parties to confer as to whether the matter may be resolved without the necessity of a trial.

                                   Respectfully submitted,

                                   DAMIAN WILLIAMS
                                   United States Attorney

                   by: */s/ Jane Y. Chong*
                       Jane Y. Chong
                       Assistant United States Attorney
                       (917) 763-3172

cc: Calvin H. Scholar, Esq. (by CM/ECF)