UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :          20 Cr. 683 (LGS)
                                                             :
                        -against-                            :              ORDER
                                                             :
   MARQUIS DANIELS,                                          :
                                            Defendant,       :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS the Court has received Defendant's letter dated January 3, 2022, (the

"Letter"), seeking the appointment of new counsel.

   WHEREAS the Letter has been filed under seal and transmitted via email to defense

counsel.

   WHEREAS in the Letter, Defendant requested a telephonic conference to discuss the

appointment of new counsel.

   WHEREAS the Court is inclined to grant Defendant's application for new counsel.  It is

hereby

   **ORDERED** that the Defendant, his counsel & the Government shall appear for a

telephone conference on **February 1, 2022 at 10:30 a.m**.  The parties shall call (888) 363-4749

and enter the access code 558-3333.  It is further

   **ORDERED** that Zachary Taylor, CJA counsel on duty for February 1, 2022, shall be

present at the hearing.

Dated: January 25, 2022
New York, New York

                                   LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE