UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
    UNITED STATES OF AMERICA,                              :
                                                           :        20 Cr. 683 (LGS)
                                                           :
                        -against-                          :        ORDER
                                                           :
    MARQUIS DANIELS,                                       :
                                          Defendant,   :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS this matter is in first place on the Court's trial-ready calendar for March 28,

2022.  It is hereby

        **ORDERED** that the jury trial in this matter shall commence on **March 28, 2022, at 9:45**

**a.m.**  This date should be considered firm.


Dated: February 4, 2022
New York, New York

                                LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE