```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
     - v. -                         :   ORDER
                                    :
MARQUIS DANIELS,                    :
                                    :   20 Cr. 683 (LGS)
          Defendant.                :
                                    :
------------------------x
```

Defendant Marquis Daniels seeks to proceed with a change of plea proceeding via telephone conference instead of a personal appearance in court. In view of the ongoing pandemic, telephone conferencing has been employed by judges in the Southern District of New York on numerous occasions. This Court finds that video teleconferencing is not reasonably available and that any further delay in this proceeding would result in serious harm to the interests of justice. Proceeding by telephone with a change of plea advances Mr. Daniels's case and furthers justice without undue delay. *See* § 15002 (b)(2) of the Coronavirus Air, Relief, and Economic Security ("CARES") Act.

During the change of plea proceeding, the magistrate judge should allocute the defendant on his consent to proceed via telephone conference as previously stated by his counsel.

SO ORDERED:

Dated: New York, New York
       March 2, 2022

                                                       **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x
                                             :
UNITED STATES OF AMERICA                     :
                                             :
      - v. -                                 :    APPLICATION
                                             :
MARQUIS DANELS,                              :    20 Cr. 683 (LGS)
                                             :
            Defendant.                       :
                                             :
- - - - - - - - - - - - - - - - - - - - - - x
```

MARGUERITE B. COLSON hereby affirms, under penalty of perjury and pursuant to Title 28, United States Code, Section 1746, as follows:

1. I am an Assistant United States Attorney in the office of Damian Williams, United States Attorney for the Southern District of New York, and I am familiar with this matter.

2. The parties have reached an agreement to resolve the above captioned case. Mr. Daniels, defense counsel, and the Government wish to proceed with the change of plea hearing by telephone conference instead of an in-person proceeding in light of the ongoing pandemic. The parties understand that video teleconferencing is not reasonably available.

3. During this pandemic, video teleconferencing and telephone conferencing have been employed by judges in the Southern District of New York on numerous occasions. The parties submit that any further delay in this proceeding would result in serious harm to the interests of justice. Proceeding by telephone

1

conference with a change of plea advances Mr. Daniels' case, allows the Government and defense to achieve finality in the case short of a jury trial, and furthers justice without undue delay. *See* § 15002 (b)(2) of the Coronavirus Air, Relief, and Economic Security ("CARES") Act.

Dated:   New York, New York
         March 2, 2022

_____
MARGUERITE B. COLSON
Assistant United States Attorney
Southern District of New York
(212) 637-2587