UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MARQUIS DANIELS

Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-  ( )( )

20 CR 683

Defendant __MARQUIS DANIELS__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

✓ Plea allocu

__Marquis Daniels w/ permission__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__MARQUIS DANIELS__
Print Defendant's Name

__[signature]__
Defendant's Counsel's Signature

__CALVIN H SCHOLAR__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__3-3-2022__
Date

__[signature] Katherine H. Parker__
U.S. District Judge/U.S. Magistrate Judge