UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,         :
                                                                       :
                                                                       :      20 Cr. 683 (LGS)
                    -against-              :
                                                                         :      <u>SCHEDULING ORDER</u>
MARQUIS DANIELS,                   :
                                    Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Marquis Daniels' sentencing hearing shall be held on **June 27, 2022**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **June 6, 2022**.  The Government's pre-sentencing submission, if any, shall be filed by **June 9, 2022.**

Dated: March 4, 2022
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                       **UNITED STATES DISTRICT JUDGE**