UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                  :

UNITED STATES OF AMERICA,        :
                                  :
                                  :         20 Cr. 683 (LGS)
             -against-           :
                                  :         <u>ORDER</u>
MARQUIS DANIELS,             :
                     Defendant,    :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

     It is hereby **ORDERED** that sentencing currently scheduled for June 27, 2022, is

adjourned to **July 26, 2022, at 4:30 p.m.**

Dated: June 9, 2022
       New York, New York

                               **LORNA G. SCHOFIELD**
                         **UNITED STATES DISTRICT JUDGE**