```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
   UNITED STATES OF AMERICA,                                  :
                                                              :
                                                              :     20 Cr. 683 (LGS)
                        -against-                             :
                                                              :     SCHEDULING ORDER
   MARQUIS DANIELS,                                           :
                                       Defendant.             :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Court has received from Defendant the attached letters, dated August 16, 2023, requesting that his restitution payments be delayed to commence upon his release from custody or reduced to $25 a month.

WHEREAS Defendant agreed to and signed a Consent Order of Restitution, dated July 26, 2022, which states in relevant part:

> "While serving any term of imprisonment for Count One, the defendant shall make installment payments toward his restitution obligation, and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP).  Pursuant to BOP policy, the BOP may establish a payment plan by evaluating the defendant's six-month deposit history and subtracting an amount determined by the BOP to be used to maintain contact with family and friends.  The remaining balance may be used to determine a repayment schedule.  BOP staff shall help the defendant develop a financial plan and shall monitor the inmate's progress in meeting his restitution obligation.  Any unpaid amount remaining upon release from prison will be paid in installments of not less than ten (10) percent of the defendant's gross monthly income, payable on the first of each month."

(Dkt. No. 60),

WHEREAS the appropriate venue to apply to delay or reduce restitution payments is the Bureau of Prisons.  It is hereby

**ORDERED** that for the forgoing reasons, Defendant's application is DENIED. Defendant is encouraged to speak with BOP staff to develop a financial plan suitable to his economic circumstances.

The Clerk of the Court is directed to mail a copy of this Order to Defendant at the below address.

> Marquis Daniels
> REG # 68298-054
> FCI El Reno
> P.O. Box 1500
> Reno, OK 73036

Dated: September 12, 2023
          New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

RECEIVED
23 SEP -6 AM 8: 43
CLERK'S OFFICE
U.S. COURT OF APPEALS

To. Clerk office.

8·16·23

I'm writing in regards to reaching out to My Judge Lorna.Schofield. I was Sentence on 7/21/22 and during my sentence the Judge granted fines and restitution be paid upon my release. And the order is not in my sentence order but the lawyer did get it granted. but its not noted so I need to have this restitution of $8,385.00 waived untill my release as agreed upon my previous lawyer Calvin Scholar doesn't want to help me because he removed himself from my case. My mother supports me I've paid $100.00 Assessment but I cannot pay $400.00 a month what the prison wants me to pay I can pay $25.00 a month until I'm released. Can Someone reach back out to me to help. me. please with this issue I've wrote the Judge also I'm Waiting on a response.

Thank you

MDaniels

8·16·23

Clerk office...

Marquis Daniels 68298-054
El Reno
Federal Correction Institution
P.O. Box 1500
El Reno OK 73036

OKLAHOMA CITY OK 730
31 AUG 2023 PM 4 L

⇔ 68298-054 ⇔
Clerk Office
40 Foley SQ
NEW YORK, NY 10007
United States



To: Hon. Lorna Schofield.    8·16·23

## JUDGE.... URGENT

I'm writing because I have a issue. thats in dire need of your assistance. I've been in FBOP custody since Nov. 2020. you Sentenced me to 80 month. Sentence since I've gotten sentenced 7/22/22. its been hectic and rough journey. Im writing most importantly because during my Sentence my lawyer. Calvin Scholar asked that all fines and restitution be paid after Im released you granted that the restitution and fines be paid upon my release but you didnt. put it in my Custody order. So Im being forced to pay $400.00 amount a month which is impossible I dont have $400.00 a month. I have 3 kids and my ill mother and family help when they can. I Can pay $25.00 every other month and pay the what needs to be paid upon my release. So Im asking that you waive the $8,385.00 restitution I've paid my assessment of $100.00 And I Cant pay the 8,385.00. restitution I've tried to reach out to my attorney my previous Attorney but he doesn't

respond to my letters or family Calls he no longer helps me! please get back to me As soon As possible Thank you Sincerly

M. Daniels
8/16/23.

PS: My ill mother has Came to the Courthouse Clerk office to get assistance and they told her to tell me to Write you. to get this matter Waived.

Marcus Daniels 68298-054
FCI RENO
Federal Correctional Institution
P.O. Box 1500
El Reno OK 73036



⇔68298-054⇔
Hon Lorna Schofield
40 Foley SQ
NEW YORK, NY 10007
United States