UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                                                  20 Crim. 683 (LGS)

               -against-

                                                  **ORDER**

   MARQUIS DANIELS,
                          Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 7, 2025, Defendant Marquis Daniels moved for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (the "Motion"). Plaintiff based his motion on his multiple myeloma diagnosis.

      WHEREAS, on August 8, 2025, the Government was ordered to file a response to the Motion and produce a sealed copy of Defendant's BOP medical records.

      WHEREAS, on August 15, 2025, the Government filed its response and Defendant's BOP medical records.

      WHEREAS, the BOP medical records indicated that Defendant was receiving ongoing treatment cycles for multiple myeloma. It is hereby

      ORDERED that by **November 7, 2025**, the Government shall produce under seal a copy of any updates to Defendant's medical records, including any test results or information concerning the efficacy of Defendant's current or most recent treatment cycle(s), and a summary of the status of his treatment. The Clerk of the Court is respectfully directed to mail a copy of this Order to Defendant.

Dated: October 27, 2025
       New York, New York

                                               LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**